1 | JOHN B. SULLIVAN (State Bar No. 96742)
  | REGINA J. McCLENDON (State Bar No. 184669)
2 | SEVERSON & WERSON
  | A Professional Corporation
3 | One Embarcadero Center, Suite 2600
  | San Francisco, CA  94111
4 | Telephone:  (415) 398-3344
  | Facsimile:  (415) 956-0439

Attorneys for Defendant
CITIFINANCIAL SERVICES, INC.,
successor to Washington Mutual Finance, Inc.,
incorrectly sued herein as Washington Mutual

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD OERTLE, | Case No.:  06 CV 0968 BTM AJB |
| Plaintiff, | |
| vs. | **JOINT MOTION TO DISMISS AND [PROPOSED] ORDER** |
| WASHINGTON MUTUAL AND S&P CAPITAL INVESTMENTS, INC., | |
| Defendants. | |

Plaintiff Bradford Oertle and defendant CitiFinancial Services, Inc., successor to Washington Mutual Finance, Inc. (incorrectly sued herein as Washington Mutual), jointly move that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear its own costs and attorney's fees.

DATED:  March 13, 2007                     HYDE & SWIGART

                                           */s/ Joshua Swigart*

                                           By: _____
                                                       Joshua Swigart

                                           Attorneys for Plaintiff
                                           BRADFORD OERTLE

                                                       Case No.:  06 CV 0968 BTM AJB

DATED: March 13, 2007

SEVERSON & WERSON
A Professional Corporation

*/s/ Regina J. McClendon*

By: _____
      Regina J. McClendon

Attorneys for Defendant
CITIFINANCIAL SERVICES, INC.,
successor to Washington Mutual Finance, Inc.,
incorrectly sued herein as Washington Mutual

## ORDER

Pursuant to the joint motion of the parties, this case is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

DATED: March 14, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge

- 2 -

31057/0025/619221..1

Case No.:  06 CV 0968 BTM AJB